**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 4:26-CR-0008** |
| | : | |
| **CHRISTOPHER JONES** | : | |
| | : | |

### Order Granting Defendant's Motion to Continue

Defendant Jones, through counsel, made a motion to continue the trial of his case to the Court's December 2026 trial term.  In support of this motion, counsel offered that more time was necessary to allow her to review the discovery received in this case.  The Court finds that the need to review discovery and prepare possible defenses in light of it outweighs the right of the public and defendant to a speedy trial.  The Court further finds that the granting of the continuance is otherwise in the interest of justice and that the failure to grant such continuance could result in a miscarriage of justice and deny counsel reasonable time for effective preparation.  18 U.S.C. §§ 3161(h)(&)(A)-(B).  IT IS HEREBY ORDERED that the trial of this action be continued to the Court's December 2026 jury trial term, as requested by Defendant's counsel, and that the speedy trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.  The delay caused by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

The Pre-Trial conference presently set for June 29, 2026 is cancelled.  The Pre-Trial Conference will be rescheduled prior to the December 2026 trial term.

SO ORDERED THIS 11th day of June 2026.

_S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA