IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**CHRISTOPHER JONES** | Case No. 4:26-cr-00008 |

Order to Continue Trial in the Interest of Justice

Before the Court is Defendant's second Motion to Continue Trial [Doc 24] and final pretrial conference. Defendant seeks to continue the trial to the Court's March 2027 jury trial term. The Government does not oppose the motion. The pretrial hearing is currently set for October 27, 2026, and the trial of this case is set for the December 2026 term of court. On April 15, 2026, the Grand Jury returned an indictment charging the Defendant with discharge of a pollutant into the waters of the United States and false statement to a federal agency. Defendant appeared for his Initial Appearance and Arraignment on May 5, 2026 [Doc. 8]. On that date, Defendant was granted an unsecured bond.

In the Motion, the Defendant represents that additional time is needed to review discovery and prepare for future hearings. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, the Defendant's Motion to Continue Trial [Doc. 24] is **GRANTED**, and it is HEREBY ORDERED that this case be continued until the **March 2027** term of Court for the Columbus Division. The previously

scheduled pretrial conference is canceled. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial act, 18 U.S.C. § 3161.

SO ORDERED, this 8th day of October, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA